UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLE JEAN RIDGEWAY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

Case No. 2:13-CV-02085-RSL

**ORDER AFFIRMING THE COMMISSIONER'S DECISION AND DISMISSING THE CASE**

The Court, after careful consideration of the complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections filed thereto, and the balance of the record, does hereby find and **ORDER**:

(1)    The Court **ADOPTS** the Report and Recommendation.

(2)    The Commissioner's decision is **AFFIRMED** and the case is **DISMISSED** with prejudice.

The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

Dated this 7th day of October, 2014.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER AFFIRMING THE COMMISSIONER'S DECISION AND
DISMISSING THE CASE - 1